## LOCKLEAR v. NIXON

No. 166P98

Case below: 129 N.C.App. 105

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

## MEADS v. N.C. DEPT. OF AGRICULTURE

No. 139A98

Case below: 128 N.C.App. 750

Petition by petitioner (Meads) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 8 July 1998.

## MOORE v. McRORIE

No. 152P98

Case below: 129 N.C.App. 116

Notice of appeal by plaintiffs pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 8 July 1998. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

## MUSE v. BRITT

No. 373P97

Case below: 347 N.C. 268
347 N.C. 577
123 N.C.App. 357

Motion by plaintiff for reconsideration of petition for discretionary review dismissed 8 July 1998.

## OKWARA v. DILLARD DEPT. STORES

No. 121P98

Case below: 128 N.C.App. 748

Petition by plaintiff for discretionary review pursuant to G.S. A-31 denied 8 July 1998. Motion by defendant to dismiss appeal allowed 8 July 1998.